UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>JERONE STAPLES,<br><br>    Defendant | Case No. 2:23-cr-00201-CDS-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER<br><br>[ECF No. 24] |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel has requested additional discovery in this case. The government is working on providing the requested discovery, but obtaining the discovery from state agencies may take time.

2. Once discovery is received, defense counsel needs additional time to discuss with client and draft any pretrial motions.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

### ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including July 15, 2024 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including July 29, 2024 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including August 5, 2024 to file any and all replies.

Dated: June 11, 2024

_____
UNITED STATES DISTRICT JUDGE