UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JERONE STAPLES,

    Defendant.

Case No. 2:23-CR-00201-APG-EJY-1

**ORDER**

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. It is in the interest of justice to ensure that the issues raised in defendant's motions are fully briefed to the Court. Defendant Staples is not in custody and does not oppose this continuance. This continuance does not alter the current trial setting. Denial of this request for continuance could result in a miscarriage of justice. This is the first request to continue.

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that response to defendant's motion is due by September 26, 2024. Reply is due by October 3, 2024.

**IT IS SO ORDERED** this September 10, 2024.

_____
THE HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1