SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
MELINDA BREWER
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Melinda.Brewer@usdoj.gov
Daniel.Cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERONE STAPLES,<br><br>Defendant. | Case No.: 2:23-CR-00201-APG-EJY<br><br>**STIPULATION TO CONTINUE DEADLINE OF GOVERNMENT'S RESPONSE TO DEFENSE'S SUPPLEMENT TO OBJECTIONS TO REPORT AND RECOMMENDATION**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between SIGAL CHATTAH, United States Attorney, and MELINDA BREWER, Assistant United States Attorney, counsel for the United States of America, and RENE VALLADARES, Federal Public Defender, and HEIDI OJEDA, Assistant Federal Public Defender, counsel for Defendant JERONE STAPLES, that the Government's response to Defendant's Supplement to Objections to Report and Recommendation be continued to May 1, 2025.

This Stipulation is entered into for the following reasons:

1. Defendant Staples filed a Supplement to Objections to Report and Recommendation on April 3, 2025. Response was due on April 17, 2025.

1

2. Counsel for the government was the assigned duty AUSA from April 4-11, 2025.

3. Counsel for the government will be out of the state on personal leave from April 24-27, 2025.

4. The Defendant is not in custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested by this stipulation is made in good faith and not for the purposes of delay.

7. This is the first request for a continuance of the Government's response to Defendant's Supplement to Objections to Report and Recommendation.

DATED: April 18, 2025

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

/s/ *Melinda Brewer*

MELINDA BREWER
Assistant United States Attorneys


/s/ *Heidi Ojeda*

HEIDI OJEDA, AFPD
Counsel for Defendant
JERONE STAPLES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERONE STAPLES,<br><br>Defendant. | Case No.: 2:23-CR-00201-APG-EJY<br><br>**STIPULATION TO CONTINUE DEADLINE OF GOVERNMENT'S RESPONSE TO DEFENSE'S SUPPLEMENT TO OBJECTIONS TO REPORT AND RECOMMENDATION**<br>(First Request) |

IT IS THEREFORE ORDERED, nunc pro tunc, with good cause appearing therefore, that the deadline of Government's responses to Defense's Supplement to Objections to Report and Recommendation be continued to May 1, 2025.

DATED this 21st day of April, 2025.

_____
HONORABLE ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3