**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00201 APG-EJY |
| Plaintiff, | |
| v. | |
| JERONE STAPLES, | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation to Continue Reply (ECF No. 180) is GRANTED and the due date for the same is advanced from June 16 to June 18, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   June 16, 2026