RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jerone Staples

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERONE STAPLES,<br><br>Defendant. | Case No. 2:23-cr-00201-APG-EJY<br><br>**STIPULATION TO CONTINUE OBJECTION TO REPORT AND RECOMMENDATION**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Melinda Brewer, Assistant United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jerone Staples, that the Objection to Report and Recommendation currently due August 4, 2026 be extended to August 18, 2026.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss how to proceed in this case in light of new discovery and information just made known to the defense.

2. Trial in this case was continued until December 7, 2026 to allow defense additional time to file objections and investigate this new information.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 4th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Heidi A. Ojeda*

HEIDI A. OJEDA
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General

By */s/ Melinda Brewer*

MELINDA BREWER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JERONE STAPLES,

Defendant.

Case No. 2:23-cr-00201-CDS-EJY

**ORDER**

IT IS FURTHER ORDERED that the Objection to Report and Recommendation currently due August 4, 2026 be extended to August 18, 2026

DATED this 5th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE