**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JERONE STAPLES,<br><br>Defendant | Case No.: 2:23-cr-00201-APG-EJY<br><br>**Order Accepting Report and Recommendation and Overruling Staples' Objection**<br><br>[ECF Nos. 176, 186, 190] |

I previously denied Jerone Staples' motion to suppress evidence obtained under three search warrants and a social media preservation request. ECF No. 73. The case proceeded to trial and resulted in a hung jury. Based on testimony and information that came out at trial, Staples renews his motion to suppress. ECF No. 176. Magistrate Judge Youchah recommends that I deny Staples' motion. ECF No. 186. Staples objects to Judge Youchah's recommendation by arguing, among other things, that she erred by not granting a *Franks*[1] hearing regarding false information included in, and material information omitted from, the search warrant application.

I have conducted a *de novo* review of the motion and related papers as required by Local Rule IB 3-2(b). Judge Youchah's Report and Recommendation sets forth the proper legal analysis and factual bases for the decision, and I adopt it as my own. I supplement her findings and conclusions as discussed below.

Staples objects that Judge Youchah erred by analyzing each alleged misrepresentation and omission in isolation, rather than assessing their cumulative materiality to probable cause. ECF No. 190 at 7. He also alleges that Judge Youchah failed to "reconstruct[] the [search warrant] affidavit with all false statements excised and all material omissions restored, and then

[1] *Franks v. Delaware*, 438 U.S. 154 (1978).

ask[], considering that reconstructed affidavit as a whole, whether probable cause remains." *Id.* at 8. But Judge Youchah did perform that task: "The Court finds that even if the contents of the affidavit was amended as Defendant seeks, probable cause remains." ECF No. 186 at 17. I have done the same thing and come to the same conclusion.

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 186) is accepted** with the above supplemental analysis, Staples' motion to suppress **(ECF No. 176) is denied**, and Staples' objection to the report and recommendation **(ECF No. 190) is overruled**.

DATED this 8th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE